UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **NATASHA TOWNSEND,** | ) | CASE NO. 1:14CV2700 |
| | ) | |
| Petitioner, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| vs. | ) | **MEMORANDUM OF OPINION** |
| | ) | **AND ORDER** |
| **MARC KNIPPER, et al.,** | ) | |
| | ) | |
| Respondent(s). | ) | |

Before the Court is the Report and Recommendation of Magistrate Judge Kathleen B. Burke ("R & R") (**Doc #. 17**), which recommends that Respondents' Motion to Dismiss (**Doc. # 7**) be denied without prejudice.

Under the relevant statute:

> Within *fourteen* days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C) (emphasis added). The R&R was issued on November 10. It is now November 25, and Respondents have yet to file any written objection to the R&R.

The Court has reviewed the Magistrate Judge's R&R. The Court agrees with the Magistrate Judge that Respondents' Motion to Dismiss should be denied. Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R (**Doc. # 17**) and **DENIES** without prejudice Respondents' Motion to Dismiss (**Doc. #7**).

**IT IS SO ORDERED.**

*/s/ Dan Aaron Polster     Nov. 25, 2015*
**Dan Aaron Polster**
**United States District Judge**